UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| BCS SOFTWARE, LLC,<br><br>Plaintiff<br><br>v.<br><br>RACKSPACE US, INC.<br><br>Defendant | Case No. 6:21-cv-00119-ADA<br><br>JURY TRIAL DEMANDED |

## UNOPPOSED MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

Plaintiff BCS Software, LLC ("Plaintiff" or "BCS") and Defendant Rackspace US, Inc. file this Unopposed Motion to Stay All Deadlines and Notice of Settlement and respectfully move this Court to stay all unreached deadlines in the Scheduling Order for thirty (30) days.

All matters in controversy between Plaintiff and Defendant have been settled, in principle, and the parties respectfully request that the Court stay all unreached deadlines in the Scheduling Order for thirty (30) days so that appropriate dismissal papers may be submitted.

Counsel for Plaintiff has conferred with counsel for Defendant, and Defendant is unopposed to this motion.

Dated: July 26, 2021 /s/ *Thomas G. Fasone III*

Thomas G. Fasone III
Texas Bar No. 00785382
tfasone@ghiplaw.com
**Inventors First Law Group, PLLC**
2355 Thomas Ave, No. 2010
Dallas, Texas 75201
Telephone: (214) 402-5101

Raymond W. Mort, III
Texas Bar No. 00791308
raymort@austinlaw.com
**THE MORT LAW FIRM, PLLC**
100 Congress Ave, Suite 2000
Austin, Texas 78701
Tel/Fax: (512) 865-7950

**COUNSEL FOR
BCS SOFTWARE, LLC**